IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROMEO WALTER; KENAN THOMAS; AKEEM JULIEN; and NIJOHNTEA WALKER,<br><br>Defendants. | Crim. Case No. 20-39 |

### UNITED STATES' MOTION TO DISMISS THE INDICTMENT IN PART

The United States of America, by and through Delia L. Smith, United States Attorney for the District of the Virgin Islands, and the undersigned Assistant United States Attorney, respectfully files this motion to dismiss several charges in the Indictment, in the interest of justice.

Specifically, as to Romeo Walter, the Government moves to dismiss without prejudice Counts Five, Eight, and Nine.[1] As to Kenan Thomas, the Government also moves to dismiss without prejudice Counts Five, Eight, and Nine.[2] As to Nijohntea Walker, the Government moves to dismiss without prejudice Counts Five through Nine.[3]

---

[1] The undersigned has consulted with counsel for Romeo Walter, who does not object to the dismissal of those charges against Walter.

[2] The undersigned has consulted with counsel for Kenan Thomas, who asserts that the dismissal of charges against Thomas should be with prejudice.

[3] The undersigned has consulted with counsel for Nijohntea Walker, who does not object to the dismissal of those charges against Walker.

|  |  | DELIA L. SMITH<br>UNITED STATES ATTORNEY |
|---|---|---|
| Dated: November 9, 2022 | By: | *s/ Adam Sleeper*<br>Adam Sleeper<br>Appellate Chief<br>United States Attorney's Office<br>District of the Virgin Islands<br>5500 Veterans Drive, Suite 260<br>St. Thomas, Virgin Islands 00802<br>Telephone: (340) 774-5757<br>Adam.Sleeper@usdoj.gov |